IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    14-cv-01886-WYD-CBS

CATALIN G. PAVEL,

    Plaintiff,

v.

ADAMS COUNTY SHERIFF'S OFFICE;
SHERIFF DOUGLAS N. DARR, in his official and individual capacities;
UNDERSHERIFF ROGER ENGELSMAN, in his official and individual capacities;
COMMANDER MARK MITCHELL, in his individual capacity;
COMMANDER JIM HINRICHS, in his individual capacity;
SERGEANT KEVIN CURRIER, in his individual capacity; and
SERGEANT GENE CLAPS, in his individual capacity;

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Defendants' Opposed Motion for Page Limit Extension on Defendants' Motion for Summary Judgment (ECF No. 35), filed August 26, 2015, is **GRANTED in part**.   The text of Defendants' motion shall not exceed 25 pages.   Pages filed in excess of this extension will be stricken.

    Dated:   August 28, 2015.